1    LAUREN GROCHOW (SBN 293601)
lauren@grochowlaw.com
2    GROCHOW LAW, APC
33 Brookline
3    Aliso Viejo, CA  92656
Telephone:  949.506.1494
4

5    NATHAN CAMUTI (SBN 300568)
nate@camutilaw.com
6    CAMUTI LAW GROUP, APC
33 Brookline
7    Aliso Viejo, CA 92656
Telephone: 949.716.5565

8    Attorneys for Plaintiff
MISSION VIEJO FLORIST, INC.
9

10    UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
11

| | |
|---|---|
| 12  MISSION VIEJO FLORIST, INC., a California corporation, | Case No. |
| 13          Plaintiff, | **DECLARATION OF NATHAN CAMUTI IN SUPPORT OF MISSION VIEJO FLORIST, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| 14      v. | |
| 15  MISSION VIEJO FLORIST & GIFTS, INC., a California corporation, and SEPIDEH MIANABY, inclusive, | |
| 16 | |
| 17          Defendant. | Date: To Be Determined |
| 18 | Time: To Be Determined
Courtroom: To Be Determined |

19

20

21

22

23

24

25

26

27

28

I, Nathan Camuti, Esq., declare as follows:

1. My name is Nathan Camuti, and I am an attorney licensed to practice in the State of California. I represent Mission Viejo Florist, Inc. ("MV Florist") in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein.

3. I performed a business search for Mission Viejo Florist & Gifts, Inc. ("Florist and Gifts") on the California Secretary of State website, and the Secretary of State records state that Sepideh Mianaby formed Florist & Gifts on or about August 12, 2021, when it was registered with the California Secretary of State.

4. Based on my search of publicly available information online, Defendants Florist and Gifts and Mianaby (collectively, "Defendants") have been operating their website and advertising and selling their products, goods, and services, at www.missionviejofloristandgifts.com:



DECLARATION OF NATHAN CAMUTI

5. Based on my search of publicly available information online, Defendants have also established their online presence on Facebook, https://www.facebook.com/Missionviejofloristandgifts, on or around August 21, 2021, and on Instagram, @missionviejofloristandgifts, in November 2021:



6. Defendants' infringing name is so similar to MV Florist's trademarks that, when I performed a search for "mission viejo florist" using Google, Florist & Gifts appears as the second result, immediately following MV Florist:

7. On or about May 19, 2022, I sent a Cease-and-Desist letter to Florist and Gifts demanding that it stop infringing on the trademark rights of my client.

8. On or about May 23, I received a response from Hal Block, an attorney representing Florist and Gifts.

9. On June 7, 2022, Mr. Block sent me an email in which he stated, among

- 2 -

DECLARATION OF NATHAN CAMUTI

other things, "We tried to be reasonable, but you had to play hardball on an easily compromised issue. Now I am going to show you the meaning of hardball. You are not dealing with a single mother of two who was totally screwed by Joni. You are dealing with me now. I hope you got a big retainer check from Grace as you are going to need it." A true and correct copy of that email and its attachment, exactly as delivered to me, is attached as Exhibit 1.

10. A true and correct copy of email exchange between Mr. Block and myself from May 31, 2022, through June 2, 2022, is attached as Exhibit 2.

I declare under penalty of perjury that all of the foregoing is true and correct.

Dated:  June 8, 2022

By: _____
    Nathan Camuti, Esq.

# EXHIBIT 1


# CAMUTI
## LAW GROUP APC

Nate Camuti <nate@camutilaw.com>

---

## FW: [EXTERNAL] [AALRR-Cerritos.000302.10163]
3 messages

---

**Hal G. Block** <Hal.Block@aalrr.com>                    Tue, Jun 7, 2022 at 4:15 PM
To: Nate Camuti <nate@camutilaw.com>

Nate:

Attached is a sample of the emails and text messages where Joni is telling Sepi that the business is hers after January 1. It is also emails telling suppliers that Sepi is the boss. At a minimum, a license, implied or actual, was granted.

I am tired with this game with you and your client. You cannot get a trademark on Mission Viejo Florist. I told you the reasons previously. It is the law. If you want to go into court and expend thousands of dollars on a case you cannot win, feel free to do so. I need a change of pace and some amusement.

By the way, as your client has so graciously taken over the corporation, we will be filing a wage and hour claim with the EDD on behalf of Sepi who is owed at least $40,000 in back wages. I am sure that the penalties will greatly add to that amount. As it is a corporate liability and not a personal liability of Joni, your client can now have the pleasure of being on the hook for the money. Or didn't Joni tell Grace about all of that?

Also I am sure that Joni's attorneys who were retained by Mission Viejo Florist, Inc. to defend that entity in the state and federal court action are going to be very glad to hear that Grace has taken over the corporation. My understanding is that hundreds of thousands of dollars are owed. I am sure that they will be in contact shortly.

We tried to be reasonable, but you had to play hardball on an easily compromised issue. Now I am going to show you the meaning of hardball. You are not dealing with a single mother of two who was totally screwed by Joni. You are dealing with me now. I hope you got a big retainer check from Grace as you are going to need it.

**Hal G. Block | Partner**
Atkinson, Andelson, Loya, Ruud & Romo
20 Pacifica, Suite 1100, Irvine, California 92618
Direct (949) 453-4297 • Main (949) 453-4260 • Fax (949) 453-4262
hal.block@aalrr.com | website | subscribe

**From:** Hal Block [mailto:blockhal@gmail.com]
**Sent:** Tuesday, June 7, 2022 3:59 PM
**To:** Hal G. Block
**Subject:** [EXTERNAL]

**[EXTERNAL MESSAGE]**

 **Scan 446.pdf**
8899K

 Gmail

Bano Chaharlang <sepideh.fashion@gmail.com>

---

## Fw: FloristWare Demo on Tuesday, October 5 @ 5:45 PM PDT
1 message

---

**Joni O'Neill** <joni@missionviejoflorist.com>
To: "SEPIDEH.FASHION@GMAIL.COM" <SEPIDEH.FASHION@gmail.com>

Sun, Oct 3, 2021 at 10:09 PM

Hi Sepi,

I am forwarding this to you.

Joni

---

**From:** Tammy Sablic <tammy.sablic@floristware.com>
**Sent:** Thursday, September 30, 2021 2:49 PM
**To:** Joni O'Neill <joni@missionviejoflorist.com>
**Subject:** FloristWare Demo on Tuesday, October 5 @ 5:45 PM PDT

FloristWare Demo
Tue, Oct 5, 2021 5:45 PM - 6:15 PM (PDT)

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/433184173

**You can also dial in using your phone.**
United States: +1 (872) 240-3212

**Access Code:** 433-184-173

New to GoToMeeting? Get the app now and be ready when your first meeting starts: https://global.gotomeeting.com/install/433184173

  |  Tammy Sablic
Sales

p: 888.531.3012 x703
e: tammy@floristware.com



This email may contain proprietary, business-confidential and/or privileged material that is not to be shared. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers. Any price or other contract term(s) contained in this email are subject to final internal approval and are not binding until FloristWare provides such approval in writing.

Hi,

I will be coming in about 9:30ish.  There are more orders for today.  There is a lady coming to see the Sunset Sweetness Bouquet at 9ish on her way to work.  I know you care and you want to help, but my Soul is shattered.  I don't want to talk about it. . .it just makes it worse.  I just need time.  You can help my getting your stuff done.  I have to start letting companies know about the switch and some require 120 days notice.  Be happy for yourself.  January 1st you will have a company and be the CEO & President.  YOU will do it!  I will be OK, I hope.  But for now, just step back a little so I can circle the wagons around myself.  I am the only one who can fix my Soul.  Please give me time.  I love you so much and just want you to have something for yourself.  See you soon.  ❤️

I will be coming in about 9:30ish. There are more orders for today. There is a lady coming to see the Sunset Sweetness Bouquet at 9ish on her way to work. I know you care and you want to help, but my Soul is shattered. I don't want to talk about it. . .it just makes it worse. I just need time. You can help my getting your stuff done. I have to start letting companies know about the switch and some require 120 days notice. Be happy for yourself. January 1st you will have a company and be the CEO & President. YOU will do it! I will be OK, I hope. But for now, just step back a little so I can circle the wagons around myself. I am the only one who can fix my Soul. Please give me time. I love you so much and just want you to have something for yourself. See you soon. ♥️

I am copying Sahar on this message for reasons you will understand in a moment. I am also choosing to write you versus calling because I don't want you talking over me and not hearing the message. You and I had an agreement at the very beginning of the pandemic to ride it out in a bubbl

---

View all                                    ›

MMS
7:54 PM

**Invite someone**

Sep. . . .you have good instincts. . . .go with your gut.  You know if something is right or not for you.  If you aren't feeling it with **Kevin**, move on and find just the spot where you can BLOOM!  If you any questions, I am here to help. . . .



6:24 PM

she said mom you woke me up from a middle of dream, I was collecting flowers and I was almost done with list of the flowers you asked me to get 😆😆😆😆😆

9:07 PM



9:45 PM

AND. . .I want you to have florist because YOU will appreciate

Dear Nassim,

First, Sepi did not get Covid at work. We do not have contact with clients as they are not allowed in the florist. . .neither are vendors. Secondly, I repeated the statement Sepi told me, one that Aviad told his mother YOUR daughter told him. I was not present for the conversation a

MMS

Thursday, August 5, 2021

Hi,
I will be coming in about <u>9:30</u>ish. There are more orders for today. There is a lady coming to see the Sunset Sweetness Bouquet at 9ish on her way to work. I know you care and you want to help, but my Soul is shattered. I don't want to talk about it. . .it just makes it

😃😃😃😃😃😃😃
😃😃

9:45 PM

AND. . . .I want you to have florist because YOU will appreciate and love it! 😌😌😌
😊😊😊😊😊😊

9:48 PM

❤️🙏❤️ I love you joni, forever I be grateful to you regardless of me getting it or not

9:49 PM

Just  because of

Sunday, August 1, 2021

Sep. . .you have good instincts. . .go with your gut.  You know if something is right or not for you.  If you aren't feeling it with **Kevin**, move on and find just the spot where you can BLOOM!  If you any questions, I am here to help. . .



6:24 PM

so very, very careful to always protect our bubble. I don't go see my family, my brother comes here and I require him to wear a mask. My other brother came from Washington and wanted to take me and Warren out to dinner. . we declined because HE is not in our bubble. AND we don't see our friends. If what you said is true. . .that your niece told Aviad that she knew she was positive but Sahar told her not to say anything until after her birthday because she was asymptomatic was so

WRONG. We kept our bubble tight not just for me and you, but especially for Kim. If Sahar knew she and her daughter were positive and she didn't tell you, that was horrific and jeopardized OUR health because of our contact with you. Obviously Warren and I have no right to tell you who you can be around, but we have the absolute right to decide who we come in contact with. Sepi, you know that my doctor was very clear in telling me that if I got Covid, I would not survive. PERIOD. Therefore, since our health was so dangerously jeopardized, Warren and I have agreed that we are closing our bubble with the result that you can no longer work with us. This was a very difficult decision to make because we didn't just work together, we are close, but the decision needed to be made to protect ourselves. We will box up your personal items, and I have your final pay. It would be too

difficult for me to see you, so please text me to let me

Dear Nassim,

First, Sepi did not get Covid at work.  We do not have contact with clients as they are not allowed in the florist. . .neither are vendors.  Secondly, I repeated the statement Sepi told me, one that Aviad told his mother YOUR daughter told  him.  I was not present for the conversation and can only repeat what was told to me. The above chain is interesting though.  Just for your edification, when a person knows they have been exposed to Covid, they are required to self quarantine per the CDC.  Finally, this was a very difficult decision for myself and my husband.  Sepi getting Covid changed everything we are working on.  I am now winding down my corporation alone and Sepi must take over the florist on her own.  We are both very strong women and we both will make it through this, it was just easier and nicer doing it together.  My immune system is too fragile though and I must protect
myself and my husband.



# EXHIBIT 2





Nate Camuti <nate@camutilaw.com>

---

## RE: [EXTERNAL] Mission Viejo Florist [AALRR-Cerritos.000302.10163]
1 message

---

**Hal G. Block** <Hal.Block@aalrr.com>                                      Thu, Jun 2, 2022 at 4:09 PM
To: Nate Camuti <nate@camutilaw.com>
Cc: Lauren Grochow <lauren@grochowlaw.com>, Natalia Lara <natalia@camutilaw.com>

Would you please stop saying that "your client" has used the trademark since 1988.  Joni reached a settlement in a contentious litigation that required her to give up the business and the space for the shop.  She promised it to Sepi. She told Sepi to set up a new corporation due to her settlement  with the landlord.  She told the suppliers that Sepi was the new owner and taking over.  We have the emails she sent.   Your client is Grace who operated as Bell Tower Florist, and still hands out that card when someone purchases something from her (yes, we bought some flowers from her), who then seemingly bought the name from Joni and transferred the stock in February of this year.  It is interesting that Joni directed Sepi to set up a separate corporation in August, 2021.


Your client maybe got the name, but she did not earn the reputation that seemingly went with that name.  The negative Yelp reviews seem to bear that out.


I am going to get at the purchase documents one way or another to see what your client supposedly purchased and then I am going to get the settlement agreement to see if Joni even had the right to do what she did.  If Joni violated the agreement, I am sure you will get a call from their attorney.  I am going to get to the bottom of this as something about the entire situation stinks to high heaven.  Doesn't it strike you as strange that a huge settlement is reached against Joni that precludes here from ever operating as a florist again yet she sells your client the corporate name that was part of the entire litigation?


Nate, you and I have a bit of history and I think you are a great guy and a good attorney.   However, I am going to defend Sepi with all the resources of my firm and with the assistance of my IP partners, and if necessary I am going to do it on a pro bono basis.  We have offered a reasonable compromise solution for what anyone would see as a relatively minor issue which includes changing the name of Sepi's business with the state and also changing the media pages to reflect the new name.  Mission Viejo is geographical.  Florist describes the business.  You cannot get a trademark approved for that name.  The shop is not even there anymore.  If you want to fight it out over this issue, then so be it.  Maybe your client has money to burn.  Either way,  I will accommodate you.  However, one way or another if this continues forward without an agreement, I am going to do a deep dive on all the issues including your client's so called damage claim, I will get into her financials, and I am going to secure the names of everyone who posted a negative Yelp review and interview them.  I will depose Joni as, quite frankly, a lot of this is due to her actions but she seems to be judgment proof.


So do what you think you need to do and I will do what I need to do.  If you file suit, I will accept service on behalf of Sepi.  I strongly recommend, however, that you strongly consider the very reasonable solution that we have proposed as life is way too short to be arguing about this type of issue.

**Hal G. Block** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
20 Pacifica, Suite 1100, Irvine, California  92618
Direct (949) 453-4297 • Main (949) 453-4260 • Fax (949) 453-4262
hal.block@aalrr.com | website | subscribe

**From:** Nate Camuti [mailto:nate@camutilaw.com]
**Sent:** Thursday, June 2, 2022 3:39 PM
**To:** Hal G. Block
**Cc:** Lauren Grochow; Natalia Lara
**Subject:** Re: [EXTERNAL] Mission Viejo Florist [AALRR-Cerritos.000302.10163]

# [EXTERNAL MESSAGE]

Good afternoon Hal,

I called and left a message hoping to discuss this with you. It seems like you have some theory or legal authority in mind that would make documents related to a non-party relevant. Our client owns, and has owned and used, the "Mission Viejo Florist" trademark since at least as early as 1988. Our client still owns and controls the use of the trademark, which it has continuously used the entire time. Please advise if you have authority or evidence to the contrary.

Also, please let us know if you are authorized to accept service on behalf of your client.

Best,
Nate

--

Nathan Camuti
Managing Attorney

nate@camutilaw.com

Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656
(949) 716-5565

*This electronic message is from a law firm. It may contain confidential or privileged information. If you have received this message in error, please advise the sender of the error and delete this transmission and any attachments.*

On Thu, Jun 2, 2022 at 7:43 AM Hal G. Block <Hal.Block@aalrr.com> wrote:

> Are you going to provide the purchase documents?
>
>
> **Hal G. Block** | Partner
> Atkinson, Andelson, Loya, Ruud & Romo
> 20 Pacifica, Suite 1100, Irvine, California  92618
> Direct (949) 453-4297 • Main (949) 453-4260 • Fax (949) 453-4262
> hal.block@aalrr.com | website | subscribe

**From:** Nate Camuti [mailto:nate@camutilaw.com]
**Sent:** Tuesday, May 31, 2022 4:50 PM
**To:** Hal G. Block
**Cc:** Lauren Grochow; Natalia Lara
**Subject:** Re: [EXTERNAL] Mission Viejo Florist [AALRR-Cerritos.000302.10163]

**[EXTERNAL MESSAGE]**

Good afternoon Hal,

As our client is the corporation, there are no relevant sale documents. If your client somehow had a document that contradicted what the Secretary of State's website reflects as ownership of the corporation, I presume you would have provided them already. Because ownership of the corporation is not at issue here, and use of the trademark "Mission Viejo Florist" by the corporate entity is also not at issue, we do not believe there are any sales documents relevant to the case at hand.

Best,
Nate

--

Nathan Camuti
Managing Attorney

nate@camutilaw.com


Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656
(949) 716-5565


*This electronic message is from a law firm. It may contain confidential or privileged information. If you have received this message in error, please advise the sender of the error and delete this transmission and any attachments.*


On Tue, May 31, 2022 at 4:44 PM Hal G. Block <Hal.Block@aalrr.com> wrote:

> I have asked you for the sale/purchase documents.  Are you going to supply them?
>
>
> **Hal G. Block** | Partner
> Atkinson, Andelson, Loya, Ruud & Romo
> 20 Pacifica, Suite 1100, Irvine, California  92618
> Direct (949) 453-4297 • Main (949) 453-4260 • Fax (949) 453-4262
> hal.block@aalrr.com | website | subscribe
>
>
> **From:** Nate Camuti [mailto:nate@camutilaw.com]
> **Sent:** Tuesday, May 31, 2022 4:42 PM
> **To:** Hal G. Block
> **Cc:** Lauren Grochow; Natalia Lara
> **Subject:** [EXTERNAL] Mission Viejo Florist

**[EXTERNAL MESSAGE]**

Good afternoon Hal,

We are making one more attempt to clarify who it is we represent. Our client is Mission Viejo Florist, Inc., a business entity that has been in existence and operating under the name Mission Viejo Florist for over thirty-three years. A trademark is a word, image, or combination of words and images that identify the source of goods and services. One of the defining characteristics of a trademark is that it is distinctive; a trademark uniquely identifies the owner as the source of goods and services in the mind of the consumer. A trademark that has been in use for thirty-three years, even if it was not distinctive to begin with, becomes protectable when it acquires distinctiveness. A mark is presumed to be distinctive when it has been in use for more than five years. Our client has, unquestionably, achieved acquired distinctiveness over the course of the last thirty-three years.

Regardless of who the current shareholder(s), officer(s), or director(s) are, our client owns the exclusive trademark rights to Mission Viejo Florist. Our client has the legal right to exclude others from using the same or confusingly similar trademarks in commerce. Based on the documents in the public record and your prior statements, your client formed a competing corporation while our client was still operated by a prior owner. Of note, your client formed and began operating the competing business after being terminated by the prior operator of our client's business. This is noteworthy because your client has repeatedly attempted to rely on alleged promises that she'd be taking over Mission Viejo Florist. Any such offer, if any were made, was unquestionably revoked when your client was terminated.

Around the same time that she formed the competing business using practically the same name as our client, your client also registered a practically identical domain name, https://www.missionviejofloristandgifts.com/, as our client's, https://www.missionviejoflorist.com/. The similarity between the domain names is likely to cause consumer confusion. In fact, it has. Your client does not own Mission Viejo Florist and has no right to its domain name or the confusingly similar version she registered. It is self-evident that your client registered a similar domain name with the intent to profit from internet traffic intended for our client's website.

Our client's ownership is demonstrated by the documents in the public record, available through the California Secretary of State's website and the fact that our client still owns and uses the www.missionviejoflorist.com domain.

In light of the above, and still lacking any evidence to the contrary, our client is the rightful and sole owner of Mission Viejo Florist and has the right and ability to prevent others from using names and branding likely to cause consumer confusion. In the very recent past, including during the high-volume Mother's Day season, consumers (of your client) showed up at our client's store asking about their orders and unsatisfied consumers (of your client) left negative reviews on various websites about our client's business.

Advertising goods and services under the name of a competitor not only constitutes trademark infringement, but it is also a false designation of origin, and constitutes unfair business practices. For at least these reasons, we renew our demand that your immediately:

1.   Stop using the name "Mission Viejo Florist and Gifts," "Mission Viejo Flowers," "Mission Viejo Flowers and Gifts," or any other name that includes "Mission Viejo" and agree to cease using any such name;

2.   Transfer ownership of the domain name and social media pages relating to "Mission Viejo Florist and Gifts;" and

3.   Make a monetary payment for the damages that Mission Viejo Florist, Inc. incurred from lost business and damaged reputation.

Due to the ongoing financial and reputational harm your client's intentional acts are inflicting on our client, a temporary restraining order is the only course of action we have left. I understand that you think this is abrupt, but it is necessary to protect our client.

Please confirm that your client agrees to these terms by 5:00 PM Thursday, June 2, 2022, or we will move forward with preparation and filing of the TRO.

Best,
Nate

--

Nathan Camuti
Managing Attorney

nate@camutilaw.com


Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656
(949) 716-5565


*This electronic message is from a law firm. It may contain confidential or privileged information. If you have received this message in error, please advise the sender of the error and delete this transmission and any attachments.*